UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Kathryn Krafthefer,**

    **Plaintiff,**

    v.                                    Case No. 2:14-cv-190

**Commissioner of Social Security,**         Judge Michael H. Watson

    **Defendant.**

## ORDER

On February 19, 2015, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation ("R&R") concerning the disposition of Kathryn Krafthefer's ("Plaintiff") Statement of Specific Errors in this Social Security case. ECF No. 20. Judge Deavers recommended that Plaintiff's statement of errors be overruled and that the Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income be affirmed. *Id.* at 16.

Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* Judge Deavers also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**, and Plaintiff's statement of errors is overruled. The Clerk shall enter judgment in favor of the Commissioner.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**